# United States Court of Appeals
## For the First Circuit

No. 11-1034

UNITED STATES OF AMERICA,

Plaintiff, Appellee,

v.

GENERAL ELECTRIC COMPANY,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on February 29, 2012, is amended as follows:

On p.34, lines 6-7: <u>replace</u> ". . . Congress's intent to encourage resolution by means of consent decrees among parties to Section 9607 actions, . . ." <u>with</u> ". . . Congress's intent to encourage resolution by means of declaratory judgment in Section 9607 actions, . . ."